UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DIXON ADELMAN,<br>Petitioner<br>v.<br>WARDEN OR ACTING WARDEN,<br>Respondent. | Case No. 2:21-cv-04336-JAK (GJS)<br><br>JUDGMENT |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: June 10, 2021        .

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE